UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

KEITH C. PATE

JUDGMENT IN A CRIMINAL CASE
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:09mj137

Waived
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count 1 .

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 32 CFR 210 and FSS 322.34(1) | DRIVING WHILE LICENSE SUSPENDED WITHOUT KNOWLEDGE | 1/7/09 | 1 |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine and special assessment shall be paid on or before June 17, 2009.

**Assessment**
$ 5.00

**Fine**
$ 60.00

Date of Imposition of Sentence -

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 6-2-2009





09 JUN -3  AM 9: 57